

**BERG HILL**
**GREENLEAF RUSCITTI** LLP

MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 7-5-19

Holly A. VanderSluis
Associate
*Admitted in New York and Colorado*

Email: hav@bhgrlaw.com

July 3, 2019

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom: 14A
New York, NY 10007-1312

> APPLICATION GRANTED. The conference is adjourned to July 12, 2019 at 2:30 p.m. The defendant and defense counsel are welcome to attend the conference via telephone.
> SO ORDERED.
>
> Andrew L. Carter Jr.
> U.S. District Judge, Part I
> July 5, 2019

*Re: Jose Figueroa v. Newton Running Company, Inc.* (Case No. 1:19-cv-03018)

Dear Judge Koeltl:

The undersigned represents the Defendant in the above-referenced action. Pursuant to Local Civil Rules 5.2(b) & 7.1(d) and this Court's Individual Practices, Defendant writes to request an adjournment of the initial conference currently scheduled for July 8, 2019. The grounds for this request, and information pertinent to this request, are as follows:

The current date and location of the initial conference is July 8, 2019 at 4:30 PM in Courtroom 14A, 500 Pearl Street, New York, New York 10007 before Your Honor. There have been no previous requests for adjournment, and as such, none have been granted or denied. Counsel for Plaintiff consents to the requested adjournment. As set forth below, on June 6, 2019, the parties jointly filed a stipulation for the extension of time to respond to the complaint. The Court did not address this Stipulation.

As mentioned, on June 6, 2019, the parties jointly filed a Stipulation Extending Time to Respond to Complaint. (ECF Doc. No. 6.) Pursuant to such Stipulation, Defendant's time to move, answer or otherwise respond to the Complaint was extended up to and including July 8, 2019. Because this filing deadline is on the same day as the currently scheduled initial conference, it is unlikely that Plaintiff will have been served with Defendant's response prior to the time of the initial conference, which is now set for 4:30 PM (originally docketed for 2:30 PM). In the event Defendant's response is filed before 4:30 PM on July 8, 2019, it still is unlikely that Plaintiff will have had the time or opportunity to read and/or fully process Defendant's response in preparation for an efficient initial conference.

Additionally, the parties have been in communication regarding the pleadings and the matter and it is most likely that they require additional time at least through July 8, 2019 to

conclude such communications before being prepared to more fully involve and/or address the Court regarding this matter.

Given these circumstances, Defendant respectfully requests that the Court adjourn the initial conference to a future date following the filing of all pleadings, as determined on or after Defendant's response scheduled to be filed on July 8, 2019, and as deemed appropriate by the Court.

Whether this Court determines that an adjournment of the initial conference is not warranted, or that the initial conference may be adjourned to a later date, counsel for Defendant respectfully requests that she be permitted to attend any such initial conference via telephone because she and Defendant are located in Colorado.

Defendant appreciates the Court's consideration of this matter.

Respectfully submitted,

**BERG HILL GREENLEAF RUSCITTI LLP**

By: /s/ Holly A. VanderSluis
   Holly A. VanderSluis (HV5258)

1712 Pearl Street
Boulder, Colorado 80302
Telephone: (303) 402-1600
Facsimile: (303) 402-1601
hav@bhgrlaw.com
gmr@bhgrlaw.com

*Attorney for Defendant*